BUCHALTER NEMER
A Professional Corporation
FARAH P. BHATTI (SBN: 218633)
JASON H. FISHER (SBN: 222982)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: fbhatti@buchalter.com
Email: jfisher@buchalter.com

Attorneys for Plaintiff
HAAS AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, and CNCPROS.NET, Inc., an Idaho Corporation, <br><br> Defendants. | Case No. CV09 08336 CW <br><br> **Complaint for:** <br><br> **1.** Violation of the Anticybersquatting Consumer Protection Act; <br><br> **2. Federal Trademark and Service Mark Infringement;** <br><br> **3. False Designation in Interstate Commerce;** <br><br> **4. Unfair Business Practices Pursuant to California Business and Professions Code §17200; and** <br><br> **5. False Advertising Pursuant to California Business and Professions Code §17500.** <br><br> **Demand for Jury Trial** |

Plaintiff HAAS AUTOMATION, INC. ("Haas") alleges as follows:

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

## JURISDICTION AND VENUE

1.     This action is for, *inter alia*, violation of the Anticybersquatting Consumer Protection Act ("ACPA") and infringement of Haas' trademarks and service marks in violation of the laws of the United States.  This Court has jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a) in that this case arises under the laws of the United States pursuant to the Lanham Act, 15 U.S.C. 1051 *et seq.*

2.     This Court has supplemental jurisdiction over the claims herein arising under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b) and 1367 in that said claims are so related to Plaintiff's federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

3.     Venue is properly asserted against Defendants BRIAN DENNY, ASI MACHINE AND SUPPLY, and CNCPROS.NET, Inc. (collectively "Defendants"), in this District under 28 U.S.C. § 1391(b) in that a substantial part of the events or omissions giving rise to the claims herein arose in this District.  Additionally, Defendants regularly conduct business via the Internet in California, and as such, maintain the requisite minimum contacts to be subject to personal jurisdiction in California under 28 U.S.C. § 1391(c).

## PARTIES

4.     Haas is a corporation duly organized and existing under the laws of the State of California and has a principal place of business at 2800 Sturgis Road, Oxnard, California 93030.  Haas is now, and for many years has been, engaged in the business of providing goods and services in the field of computer numerically controlled machines throughout the United States and the world.

5.     Upon information and belief, Defendant Brian Denny is an individual residing or conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642.

6.     Upon information and belief, Defendant ASI MACHINE AND SUPPLY, conducts business at 1582 E. Bramble Lane, Meridian, Idaho, 83642. The nature of organization of this entity is unknown.

7.     Upon information and belief, Defendant CNCPROS.NET, Inc. is an Idaho corporation, conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642.

## INTRODUCTION

8.     Haas is one of the largest builders and manufacturers of computer numerically controlled ("CNC") machine tools in the Western World.  Over the past twenty-five (25) years, Haas has built a family of trademarks and service marks under which it labels, advertises, offers for sale and sells its CNC goods and services throughout the United States and the world.

9.     On or about December 4, 2008, Haas discovered Defendants' registration of the domain name **haascnconline.com** which is substantially the same as, and/or confusingly similar to, the Haas name and one or more of Haas' federally registered trademarks and service marks ("Haas Marks"). The domain name is also substantially the same as, and confusingly similar to Haas' official domain name, **haascnc.com ("Haas Domain")**.

10.     On or about February 26, 2009, Haas also discovered Defendants' registration of the domain name **haascnc.us** (haascnconline.com and haascnc.us are hereinafter referred to collectively as the "Initial Infringing Domains") which is substantially the same as, and confusingly similar to, the Haas name and Haas Marks, as well as the Haas Domain.

11.     On December 4, 2008, counsel for Haas sent a cease and desist letter to Defendant Denny via electronic mail demanding that Defendant immediately cease use of and transfer the Infringing Domain Name **haaascnconline.com** to Haas, and that Defendant desist from future registration and use of the Infringing Domain Name **haascnconline.com** or any confusingly similar mark or domain

1    thereof.  Counsel for Haas sent a follow up letter to Defendant Brian Denny on

2    February 23, 2009.

3         12.    On February 26, 2009, counsel for Haas sent a cease and desist letter

4    to Defendant Denny via electronic mail demanding that Defendant immediately

5    cease use of and transfer the Infringing Domain Name *haascnc.us* to Haas, and that

6    Defendant desist from future registration and use of any confusingly similar mark

7    or domain thereof.

8         13.    On February 27, 2009, Haas' counsel received a response from

9    Defendant Denny indicating that he would forward Haas' counsel's concerns to his

10   legal team who would be in touch as necessary.  Attached hereto as **Exhibit "A"** is

11   a true and correct copy of that correspondence.

12        14.    On March 9, 2009, Haas' counsel, after receiving no further

13   correspondence, sent a follow-up letter to Defendant Denny, requesting a

14   substantive response to the cease and desist letters.

15        15.    Defendant Denny sent an E-Mail response to Haas' counsel on March

16   11, 2009 asking whether Haas was offering to buy the domain *haascnc.us*.

17   Defendant Denny further alleged that the demand to transfer the domain was

18   "completely ridiculous" and stated that the parties should "roll your sleeves back

19   and let's hit the floor" over this issue.  Defendant Denny further stated that he "will

20   enjoy taking Haas's [sic] money for my attorneys' and whatever else I can get when

21   it's done."   Attached hereto as **Exhibit "B"** is a true and correct copy of that

22   correspondence.

23        16.    On or about April 16, 2009, Haas filed a Uniform Dispute Resolution

24   Policy ("UDRP") arbitration complaint against Defendants due to the bad faith

25   registration and use of the *haascnconline.com* domain name with the National

26   Arbitration Forum ("NAF").  On April 19, 2009, upon receiving the UDRP

27   arbitration complaint filed in connection with the *haascnconline.com* domain,

28   Defendant Denny responded to the NAF via E-Mail stating "I have consulted an

1   attorney and Haas is exactly correct.  I am fine with them controlling or taking this

2   web domain.  Let's call it done."  Attached hereto as **Exhibit "C"** is a true and

3   correct copy of that correspondence.

4         17.    On April 20, 2009, Haas' counsel sent an E-Mail to Defendant Denny

5   requesting that he transfer the ***haascnc.us*** domain to Haas based on his email to the

6   NAF.  On April 20, 2009, Mr. Denny responded to Haas' counsel stating "I am not

7   going to spend my time on this, so you are welcome to have them."  Attached

8   hereto as **Exhibit "D"** is a true and correct copy of that correspondence.

9         18.    Haas' webmaster contacted Defendant Denny on April 20, 2009

10  providing instructions to initiate the transfer of the ***haascnc.us*** domain.   That same

11  day, Defendant Denny responded stating "I will be out of the office and unavailable

12  until July 1, 2009.  A scheduled trip out of the country.  Feel free to have GoDaddy

13  or ICANN handle it." Attached hereto as **Exhibit "E"** is a true and correct copy of

14  that correspondence.

15        19.    On or about May 26, 2009, Haas filed a second UDRP arbitration

16  complaint against Defendants due to the bad faith registration and use of the

17  ***haascnc.us*** domain name with the NAF.  On or about May 29, 2009, the NAF ruled

18  in favor of Haas in the first UDRP arbitration, and ordered the transfer of the

19  ***haascnconline.com*** domain name to Haas.  On or about June 30, 2009, the NAF

20  ruled in favor of Haas in the second UDRP arbitration, and ordered the transfer of

21  the ***haascnc.us*** domain name to Haas.  As a result, both the domains

22  ***haascnconline.com*** and ***haascnc.us*** have been transferred to Haas.

23        20.    Subsequent to successfully filing UDRP arbitration complaints against

24  Defendants regarding the Initial Infringing Domains, Haas discovered that

25  Defendants had also registered the domains ***gohaascnc.com***, ***haascncdirect.com***,

26  ***haascnc911.com***, ***haascnc-dnc.com***, and ***haascnc-parts.com*** (collectively the

27  "New Infringing Domains."  The New Infringing Domains, collectively with the

28  Initial Infringing Domains hereinafter referred to as the "Infringing Domain

Names" or individually as an "Infringing Domain Name"). As of the date of this Complaint, each of the domains is active and resolves to a website ("Infringing Websites") which displays links which divert users to websites advertising and offering competing CNC goods and services. Upon information and belief, Defendants are profiting from the registration of the Infringing Domain Names and maintenance of the Infringing Websites.

21.     Defendants' registration of the confusingly similar Infringing Domain Names containing the terms "HAAS" and "CNC" together, and maintenance of the Infringing Websites, in bad faith, and with an intent to profit, form the underlying basis of this Complaint.

### THE HAAS MARKS AND HAAS DOMAIN NAME

22.     Through extensive and continuous use, Haas owns numerous trademark registrations (and common-law variations) containing the term HAAS, used on and in connection with CNC machines and services, including the following:

| MARK | DATE FILED | DATE REGISTERED | REGISTRATION NUMBER | DATE OF FIRST USE |
|---|---|---|---|---|
|  | 11/03/2000 | 05/28/2002 | 2,573,776 | 07/07/1983 |
| HAAS AUTOMATION | 11/03/2000 | 05/28/2002 | 2,573,775 | 07/07/1983 |
| HAAS FACTORY OUTLET | 07/27/2007 | 11/18/2008 | 3,533,101 | 03/01/1998 |
| HAAS FACTORY OUTLET | 07/27/2007 | 10/14/2008 | 3,514,894 | 03/01/1998 |

23.     Haas' registrations identified in paragraph 22, above, are valid and subsisting.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 4586931v3

COMPLAINT

24.     Haas registered the Haas Domain *haascnc.com* on June 10, 1996. Since 2001, Haas has actively maintained its website at that address (the "Haas Website") to advertise and provide information regarding its CNC goods and services offered under the Haas Marks.

25.     Since as early as July 7, 1983, Haas has continuously used, advertised, offered for sale, and/or sold, in interstate commerce, Haas' goods and services under the Haas Marks throughout the United States through various channels of trade, including, but not limited to, the Internet and Haas Website.

26.     Haas' actual and intended class of consumers, throughout the United States, are end users seeking CNC machines and services.

27.     Haas has devoted substantial time, effort and resources in the establishment of the good will, consumer recognition, and nationwide reputation of the Haas Marks.

28.     Haas has also expended significant resources to advertise its CNC goods and services under the Haas Marks, throughout the United States in multiple media, including, but not limited to, the Internet and the Haas Website.

29.     The Haas Marks are inherently distinctive and famous within the meaning of 15 U.S.C. §1125(c).

30.     Haas has not abandoned any of the Haas Marks.

## FIRST CLAIM

## Violation of the Anti-Cybersquatting Consumer Protection Act Under 15 U.S.C. § 1125(d)

31.     Haas hereby realleges, repeats, and incorporates paragraphs 1 to 30 above as set forth in full.

32.     On or about February 24, 2008, Defendants registered the Infringing Domain Names in the names of Defendants through GoDaddy.Com, identifying Brian Denny, CNCPros.Net as the Administrative, Technical and Billing contact for the Infringing Domain Names.  Attached hereto and incorporated herein as

1    **Exhibit "F"** is a true and correct copy of reports from the GoDaddy.Com Whois
2    database identifying the date of registration, registrant, and contact information
3    relating to the Infringing Domain Names.

4         33.    Defendants traffic in and use the Infringing Domain Names in bad
5    faith and with an intent to profit as the infringing Domain Names resolve to the
6    Infringing Websites for which, upon information and belief, Defendants generate
7    income for displaying the sponsored links which divert Internet users to the
8    websites of various competing CNC goods and services providers.  Attached hereto
9    and incorporated herein by reference as **Exhibit "G"** are copies of the homepages
10   of the Infringing Websites as of November 3, 2009, displaying the sponsored links.

11        34.    The Infringing Domain Names are confusingly similar to one or more
12   of the distinctive Haas Marks as they contain the term "HAAS" and "CNC" in
13   various combinations, similar to the Haas Marks and Haas' official domain name,
14   haascnc.com.

15        35.    Defendants registered the Infringing Domain Names years after one or
16   more of the Haas Marks had become distinctive.

17        36.    Upon information and belief, Defendants have no intellectual property
18   rights in the name "HAAS" or any priority of use of the name superior to Haas'
19   rights in the Haas Marks.

20        37.    Defendants' bad faith is evidenced by their intent to commercially gain
21   from diverting consumers seeking CNC goods and services to competitor websites
22   where they are likely to be confused as to the source, sponsorship, affiliation,
23   and/or endorsement of the goods or services by or with Haas.

24        38.    Defendants' bad faith is further evidenced by Defendant Denny's
25   email to Haas' counsel asking whether Haas was offering to buy the *haascnc.us*
26   domain from him and then stating that he would be interested in fighting Haas over
27   the domains so that he could obtain attorneys' fees and "whatever else I can get

1   when it's done." Defendant Denny further refused to transfer the domains even

2   after admitting that he had no right to register the Domains.

3       39.    Defendants' bad faith is also evidenced by the provision of numerous

4   links containing the Haas name, as may be referenced in **Exhibit "G"**, and which

5   resolve to websites which provide information that in many instances is false,

6   forwards users to competitor's websites, and is not authorized nor endorsed by

7   Haas.

8       40.    Haas has suffered, and will continue to suffer, irreparable injury from

9   Defendants' registration, trafficking in, and use of the Infringing Domain Names

10  and maintenance of the Infringing Websites and, therefore, is entitled to the relief

11  provided for under the Lanham Act and the ACPA.

12              **SECOND CLAIM**

13  **Federal Trademark Infringement Under 15 U.S.C.§ _et seq._**

14      41.    Haas hereby re-alleges, repeats and incorporates paragraphs 1-40 as

15  above as though set forth in full.

16      42.    Defendants' infringing Domain Names are substantially identical in

17  appearance, sound, and connotation to one or more of the Haas Marks, as well as

18  the Haas Domain, particularly owing to the incorporation of the word HAAS along

19  with the term CNC.  Defendants' infringing Domain Names so resemble the Haas

20  Marks and Haas official domain as to be likely to cause consumers to be confused,

21  mistaken or to be deceived.

22      43.    Haas is informed and believes that Defendants' diverting consumers to

23  sites where confusingly similar CNC machines and services related thereto are

24  advertised, offered for sale, and/or sold is likely to cause consumers to be confused,

25  mistaken, or deceived as to the goods and services emanating from Haas.  As such,

26  there is, at a minimum, a likelihood of confusion between Haas and Defendants.

27      44.    Haas targets consumers seeking computer numerically controlled

28  machines and related services via different media, including but not limited to the

1  Internet and the Haas Website, which is the same class of consumers targeted by the

2  CNC machines and services providers to which the Infringing Website advertises

3  and diverts consumers.

4      45.    Defendants intend for consumers to be confused, mistaken, or

5  deceived so as to continue generating profits from maintenance of the Infringing

6  Websites.

7      46.    Defendants' continued use of the Infringing Domain Names damages,

8  and will continue to damage, Haas' reputation and goodwill, as one or more of the

9  CNC machine goods and services providers displayed on the Infringing Websites

10  likely provides goods and services which are inferior to those of Haas, and

11  consumers are likely to be confused as to whether Haas is the source and origin of

12  such goods and services.

13      47.    Unless restrained, Defendants will continue the acts complained of

14  herein, all to Haas' irreparable damage in that it will be extremely difficult to

15  ascertain the amount of compensation that would afford Haas adequate relief

16  therefor.

17      48.    By reason of the foregoing, Haas has suffered and continues to suffer

18  damages and injury to its business, goodwill, and profits and, therefore, Haas is

19  entitled to the relief provided for in the Lanham Act.

20                              **THIRD CLAIM**

21  **False Designation in Interstate Commerce Under 15 U.S.C. §1125(a)**

22      49.    Haas re-alleges each and every allegation contained in paragraphs 1

23  through 48 as though set forth in full herein.

24      50.    Defendants' acts as described herein constitute a false designation of

25  origin, and a false or misleading description and representation of fact, which is

26  likely to cause consumers to be confused, mistaken or deceived as to Haas' being

27  the origin or sponsor of the goods and services offered via the sponsored links

28  displayed on the Infringing Websites.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 4586931v3

10

COMPLAINT

51.     Defendants committed these acts with the intent to cause consumers to be confused, mistaken or deceived as to the source and origin of the CNC machines and related services displayed on the Infringing Websites, and to trade off Haas' name and the Haas Marks.

52.     Haas has suffered, and will continue to suffer, irreparable injury from Defendants' maintenance of the Infringing Websites, and the misappropriation and infringement of the Haas Marks, and therefore, is entitled to relief pursuant to the Lanham Act.

## FOURTH CLAIM

### Unfair Practices Under California Business and Professions Code §17200

53.     Haas re-alleges each and every allegation contained in Paragraphs 1 through 52 as though set forth in full herein.

54.     Defendants committed the acts alleged herein with the intent to cause consumers to be confused, mistaken or deceived as to the source and origin of the CNC machines and services displayed on the Infringing Websites, and to trade off Haas' name and the Haas Marks.

55.     Defendants' acts were committed with the intent to pass off and palm off CNC machine and services providers through sponsored links which improperly imply that they are the goods and services of Haas, with the intent to deceive and defraud the consuming public.

56.     Haas has suffered, and will continue to suffer, irreparable injury from Defendants' maintenance of the Infringing Websites, and the misappropriation and infringement of the Haas Marks, and therefore, is entitled to all relief available under the laws of the State of California.

## FIFTH CLAIM FOR RELIEF

## False Advertising Pursuant to California Business and Professions Code §17500

57.     Haas re-alleges each and every allegation contained in paragraphs 1 through 56 as though set forth in full herein.

58.     By displaying the sponsored links, Defendants have advertised CNC machine tools and services in the United States under the Infringing Domain Names which include the term "HAAS."

59.     Said use of the term "HAAS" is a false designation of origin, and a false or misleading description and representation of fact, which is likely to cause consumers to be confused, mistaken or deceived as to the origin, affiliation, sponsorship, or approval of the CNC machine tools and services advertised on the Infringing Websites by or with Haas.

60.     Haas has suffered, and will continue to suffer, irreparable injury from Defendants' continued maintenance of the Infringing Websites and the misappropriations and infringement of the Haas Marks, and, therefore, is entitled to relief pursuant to the laws of the State of California.

## PRAYER FOR RELIEF

Wherefore, Haas prays for judgment against Defendants, and each of them, as follows:

1.     For an order immediately transferring the gohaascnc.com, haascncdirect.com, haascnc911.com, haascnc-dnc.com, and haascnc-parts.com domain names to Haas;

2.     For a permanent injunction ordering Defendants, its agents, servants, employees, attorneys and all persons in active concert or participation with Defendants to refrain from using the name or mark HAAS or any other mark or corporate name identical to or substantially similar to HAAS, infringing the Haas

1    Marks, describing its goods or services as HAAS or anything substantially similar

2    thereto, or diluting or injuring the reputation of Haas or the Haas Marks;

3         3.       For treble Defendants' profits, in an amount to be determined in court,

4    and attorneys fees pursuant to 15 U.S.C. 1117(b);

5         4.       If exceeding treble Defendants' profits, for maximum statutory

6    damages of $700,000 ($100,000 per each of the 7 domain names) pursuant to 15

7    U.S.C. 1117(d), including those domains which Defendants previously registered

8    and which Haas acquired through the UDRP proceedings; and

9         5.       For such other and further relief as this Court deems just and proper.

10

11

12   DATED: November __12__, 2009        BUCHALTER NEMER
                                         A Professional Corporation
13                                       FARAH P. BHATTI
                                         JASON H. FISHER
14

15

16                                       By: _____
                                             Attorneys for Plaintiff
17                                       HAAS AUTOMATION, INC., a
                                         California Corporation,

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR A JURY TRIAL**

2

Pursuant to F.R.C.P. 38(b), Haas Automation, Inc. hereby demands a trial by

3

jury in this action of any issues triable by jury.

4

5

DATED: November 12, 2009

BUCHALTER NEMER
A Professional Corporation
FARAH P. BHATTI
JASON H. FISHER

6

7

8

By:

9

Attorneys for Plaintiff
HAAS AUTOMATION, INC., a
California Corporation,

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Bhatti, Farah

| | |
|---|---|
| **From:** | Espinoza, Alicia |
| **Sent:** | Friday, February 27, 2009 2:57 PM |
| **To:** | Bhatti, Farah |
| **Subject:** | FW: Unauthorized Use and Registration of Domain haascnc.us |
| **Attachments:** | Unauthorized Use and Registration of Domain haascnc.us.pdf |

FYI

Alicia R. Espinoza
Assistant to M. Todd Hales and Farah Bhatti
**McDermott Will & Emery LLP**
18191 Von Karman Ave., Ste. 500, Irvine, California 92612
direct: 949.757.6005 | main: 949.851.0633 | fax: 949.851.9348
aespinoza@mwe.com | www.mwe.com

**From:** Brian Denny [mailto:bdenny@fadalcnc.com]
**Sent:** Friday, February 27, 2009 2:55 PM
**To:** Espinoza, Alicia
**Cc:** 'Martin C. Hendrickson'
**Subject:** RE: Unauthorized Use and Registration of Domain haascnc.us

Alicia,

I will forward your concerns to my legal team and they will likely be back in touch as necessary.

Regards,

**Brian Denny**
**President/CEO**
**www.FadalCNC.com**
**1582 E. Bramble Ln.**
**Meridian, ID 83642**
**V: 208.855.9426**
**F: 866.532.0280 (Direct Line)**

**Please consider the environment before printing this email**

**From:** Espinoza, Alicia [mailto:Aespinoza@mwe.com]
**Sent:** Thursday, February 26, 2009 5:21 PM
**To:** bdenny@fadalcnc.com
**Cc:** Bhatti, Farah; OCIPDocketing
**Subject:** Unauthorized Use and Registration of Domain haascnc.us

5/14/2009

# EXHIBIT B

## Bhatti, Farah

| | |
|---|---|
| **From:** | Brian Denny [bdenny@fadalcnc.com] |
| **Sent:** | Wednesday, March 11, 2009 7:08 AM |
| **To:** | Bhatti, Farah |
| **Cc:** | ldapark@aol.com; 'Martin C. Hendrickson' |
| **Subject:** | RE: Unauthorized Use and Registration of Domain haascnc.us |

Mrs. Bhatti,

What exactly are you asking for?. I own the domain, doing nothing with it, thus no problem. Are you offering to buy it?

Honestly, your papers and demand is so completely ridiculous I have trouble even digesting how you have time to deal with such "Nothing" other than justifying your wages.

If you are truly interested in battling me over this issue, roll your sleeves back and let's hit the floor. You, nor Haas will intimidate me over such a black and white issue, and if you want to move forward with litigation, then stop chatting and get to work. I will enjoy taking Haas's money for my attorneys' and whatever else I can get when it's done. My current court case, which Haas was initially involved in back in 2006 is about to wrap up in April of this year, and we will be cocked and ready for you if you think it is really worth your time.

Remind them of my taking them to court and winning in 2006 for our claim they were violating the Sherman Antitrust act. They surrendered and allowed us to purchase Haas parts from any dealer in the US. This was unprecedented and against their "Policy" but as tough as Haas came out of the gate as, we, along with the Judge reminded them that we are in America.

Antitrust Act (Sherman Act,[1] July 2, 1890, ch. 647, 26 Stat. 209, 15 U.S.C. § 1–7) was the first United States Federal statute to limit cartels and monopolies. It falls under antitrust law. The Act provides: "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal".[2] The Act also provides: "Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony [. . .]"[3] The Act put responsibility upon government attorneys and district courts to pursue and investigate trusts, companies and organizations suspected of violating the Act. The Clayton Act (1914) extended the right to sue under the antitrust laws to "any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws."[4] Under the Clayton Act, private parties may sue in U.S. district court and should they prevail, they may be awarded treble damages and the cost of suit, including reasonable attorney's fees

Maybe you are new here, but we have the freedom to buy anything we want, only the "Use" of any business name which may cause confusion in the minds of consumers on any Branded name or registered trademark a company is using to sell or manufacturer similar products is in violation as your document states. We are not so stupid here, so do what you may and I'll see you in whatever court you need us to appear in and will be pleased to take on the Giant and win again. This I am

sure of.

Regards,

**Brian Denny**
**President/CEO**
**_www.ASIMachine.com_**
**1582 E. Bramble Ln.**
**Meridian, ID 83642**
**V: 208.888.9236**
**F: 866.532.0280 (Direct Line)**

🖨 👤  **Please consider the environment before printing this email**


**From:** Bhatti, Farah [mailto:FBhatti@mwe.com]
**Sent:** Monday, March 09, 2009 3:35 PM
**To:** bdenny@fadalcnc.com
**Cc:** Espinoza, Alicia; OCIPDocketing
**Subject:** FW: Unauthorized Use and Registration of Domain haascnc.us

Mr. Denny,

Please note that we are still awaiting your response to our cease and desist letter dated February 26, 2009, as well as our letter concerning registration of the domain haascnconline.com dated February 23, 2009. Please let us know when we can expect to receive your substantive response. In the absence of a response, our client will have no option but to consider its other available remedies.

Sincerely,
Farah Bhatti


Farah P. Bhatti, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612
949.757.7148 (direct)
949.851.9348 (facsimile)


_____

**From:** Brian Denny [mailto:bdenny@fadalcnc.com]
**Sent:** Friday, February 27, 2009 2:55 PM
**To:** Espinoza, Alicia
**Cc:** 'Martin C. Hendrickson'
**Subject:** RE: Unauthorized Use and Registration of Domain haascnc.us

Alicia,

I will forward your concerns to my legal team and they will likely be back in touch as necessary.

Regards,

**Brian Denny**
**President/CEO**
**www.FadalCNC.com**
**1582 E. Bramble Ln.**
**Meridian, ID 83642**
**V: 208.855.9426**
**F: 866.532.0280 (Direct Line)**

**Please consider the environment before printing this email**

**From:** Espinoza, Alicia [mailto:Aespinoza@mwe.com]
**Sent:** Thursday, February 26, 2009 5:21 PM
**To:** bdenny@fadalcnc.com
**Cc:** Bhatti, Farah; OCIPDocketing
**Subject:** Unauthorized Use and Registration of Domain haascnc.us

Dear Mr. Denny:

Please see the attached letter from Farah Bhatti, Esq. Kindly confirm receipt of email

Thank you.

Alicia R. Espinoza
Assistant to M. Todd Hales and Farah Bhatti
**McDermott Will & Emery LLP**
18191 Von Karman Ave., Ste. 500, Irvine, California 92612
direct: 949.757.6005 | main: 949.851.0633 | fax: 949.851.9348
aespinoza@mwe.com | www.mwe.com

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S.
federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not
intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a
private communication sent by a law firm and may be confidential or protected by privilege. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information
contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by
replying to this message, and then delete it from your system. Thank you.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

5/14/2009

Please visit http://www.mwe.com/ for more information about our Firm.

# EXHIBIT C

**Bhatti, Farah**

| | |
|---|---|
| **From:** | Brian Denny [cncpros@hotmail.com] |
| **Sent:** | Sunday, April 19, 2009 7:13 PM |
| **To:** | Alexandra J. |
| **Subject:** | RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net- FA0904001256423 - Commencement |

Alexandra,

I have consulted an attorney and Haas is exactly correct.

I am fine with them controlling or taking this web domain.  Let's call it done.

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877

---

Subject: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement
Date: Thu, 16 Apr 2009 13:09:12 -0500
From: AlexandraJ@adrforum.com
To: postmaster@haascnconline.com; bdenny@fadalcnc.com
CC: fbhatti@mwe.com

**Registrant:**
The attached case is being served on you in accordance with Rule 2 of the ICANN UDRP policy for the above
entitled case.  Hard copies will follow via mail and/or fax.
<<Notification Instructions.doc>> <<haascnconline.com.DOC>>

**Alexandra J.**
Domain Dispute Case Coordinator

National Arbitration Forum (FORUM)
P.O. Box 50191
Minneapolis, MN 55405
Phone 800.474.2371
Fax 612.235.3355
Email alexandraj@adrforum.com
www.adrforum.com

*Optimized by Forthright*

*This e-mail message and any attachments are confidential and may be privileged information.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please notify the sender immediately and destroy all copies of this message and attachments.*

---

Windows Live™: Life without walls. Check it out.

EXHIBIT D

## Bhatti, Farah

| | |
|---|---|
| **From:** | Brian Denny [cncpros@hotmail.com] |
| **Sent:** | Monday, April 20, 2009 10:27 AM |
| **To:** | Bhatti, Farah |
| **Subject:** | RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-FA0904001256423 - Commencement |

Farah,

I am not going to spend my time on this, so you are welcome to have them

Thanks,

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877

---

From: FBhatti@mwe.com
To: bdenny@fadalcnc.com
CC: OCIPDocketing@mwe.com; Aespinoza@mwe.com
Date: Mon, 20 Apr 2009 12:01:21 -0500
Subject: FW: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-FA0904001256423 - Commencement

Mr. Denny,

From the email below, it appears that you have realized that you do not have any rights to the haascnconline.com domain. In this regard, we note that you are also the owner of the haascnc.us domain. Considering that you are also not entitled to this domain, we request that you immediately initiate a transfer of the haascnc.us domain to Haas. If you do not transfer such domain, we will initiate a UDRP proceeding against that domain as well.

Sincerely,
Farah Bhatti

Farah P. Bhatti, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612
949.757.7148 (direct)
949.851.9348 (facsimile)

5/14/2009

**From:** Brian Denny [mailto:cncpros@hotmail.com]
**Sent:** Sunday, April 19, 2009 7:13 PM
**To:** Alexandra J.
**Subject:** RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement

Alexandra,

I have consulted an attorney and Haas is exactly correct.

I am fine with them controlling or taking this web domain.  Let's call it done.

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877


Subject: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement
Date: Thu, 16 Apr 2009 13:09:12 -0500
From: AlexandraJ@adrforum.com
To: postmaster@haascnconline.com; bdenny@fadalcnc.com
CC: fbhatti@mwe.com

**Registrant:**
The attached case is being served on you in accordance with Rule 2 of the ICANN UDRP policy for
the above entitled case.  Hard copies will follow via mail and/or fax.
<<Notification Instructions.doc>> <<haascnconline.com.DOC>>

**Alexandra J.**
Domain Dispute Case Coordinator

National Arbitration Forum (FORUM)
P.O. Box 50191
Minneapolis, MN 55405
Phone 800.474.2371
Fax 612. 235. 3355
Email alexandraj@adrforum.com
www.adrforum.com

*Optimized by Forthright*

This e-mail message and any attachments are confidential and may be privileged information.  If you are not the
intended recipient, or the person responsible for delivering it to the intended recipient, please notify the sender
immediately and destroy all copies of this message and attachments.

Windows Live™: Life without walls. Check it out.

**********************************************************************************

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**********************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

Rediscover Hotmail®: Get quick friend updates right in your inbox. Check it out.

5/14/2009

# EXHIBIT E

## Bhatti, Farah

**From:**    Webmaster [webmaster@haascnc.com]
**Sent:**    Tuesday, April 21, 2009 8:32 AM
**To:**      Bhatti, Farah
**Cc:**      OCIPDocketing; Espinoza, Alicia
**Subject:** FW: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
             FA0904001256423 - Commencement

FYI

---

**From:** Brian Denny [mailto:cncpros@hotmail.com]
**Sent:** Monday, April 20, 2009 4:35 PM
**To:** Webmaster
**Subject:** RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement

I will be out of the office and unavailable until July 1, 2009.  A scheduled trip out of the country.
Feel free to have GoDaddy or ICANN handle it.

Regards,

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877

---

Subject: RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement
Date: Mon, 20 Apr 2009 16:24:09 -0700
From: webmaster@haascnc.com
To: cncpros@hotmail.com
CC: OCIPDocketing@mwe.com; Aespinoza@mwe.com; FBhatti@mwe.com;
webmaster@haascnc.com

Dear Mr. Denny,

Please following the steps below to transfer the **HAASCNC.US** domain over to Haas Automation's account.
Basically you will make an account change to the specific domain name (HAASCNC.US).  Once the account
change has been made, the domain will be automatically transferred our account.

Go to this link (or see below) for instructions for initiating an account change with GoDaddy:
http://help.godaddy.com/article/822

* **You will need this information to transfer the domain:**

  - New registrant's customer number: 3374513
  - New registrant's email: webmaster@haascnc.com

==================================================

If you are unable to go to this link: http://help.godaddy.com/article/822 see instructions below:

An account change removes the domain name from your list of registered domains and places it in another registrant's account. To complete the process for moving the domain to another account, the new registrant must follow the set of instructions we sent them through email.

## To Initiate an Account Change

1. Log in to your Account Manager.
2. In the **My Products** section, click **Domain Manager**.
3. Use the checkbox(es) to select the domain name(s) you want to modify.
4. Click **Account Change**.
5. In the **New registrant's Customer # or login name** field, enter the new registrant's account login information.

   **NOTE:** The New registrant's Customer # or login name field is optional if you select the Enter new details option. If you select Use details from specified customer account or Do not change, the New registrant's Customer # or login name field is required.

6. In the **New registrant's email** and **Confirm email** fields, enter the email address for the new registrant.
7. In the **Domain's contact information** list, select one of the following:

   Enter new details
   Allows you to enter contact information for the new registrant.
   Use details from specified customer account
   Allows you to use the contact information from the account you entered in the New registrant's Customer # or login name field.
   Do not change
   Retains the contact information currently assigned to the domain for which you initiated an account change.

8. Click **Next**.
9. If you selected to Enter new details, complete the following, and then click **Next**:

   (Optional) Organization
   The organization with which the contact is affiliated, if any.
   I certify that the specified organization...
   Indicates you agree that the organization is the legal registrant.
   First name and Last name
   The contact's first and last name.
   Address 1 and 2
   The contact's street address.
   Country
   The country in which the contact resides.
   City, State, Postal Code
   The contact's city, state, and ZIP Code.
   Phone
   The contact's phone number.
   (Optional) Fax
   The contact's fax number.
   **NOTE:** A list of the services that will be cancelled once the domain is removed from your account

displays. You cannot reverse a cancellation.

10.  Read the Domain Name Change Registrant Agreement, and if you agree to the terms, select **I have read and agree to the Domain Name Change....**
11.  If you understand that to transfer your domain during this 60-day period, you should decline the Change of Registrant and transfer your domain first, select **I understand that, if I want to transfer this domain....**
12.  Click **Finish**.

**NOTE:** We may send the transaction ID and security code to the new registrant. The transaction ID and security code expire after 10 days

**From:** Brian Denny [mailto:cncpros@hotmail.com]
**Sent:** Monday, April 20, 2009 10:27 AM
**To:** Bhatti, Farah
**Subject:** RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement

Farah,

I am not going to spend my time on this, so you are welcome to have them

Thanks,

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877

From: FBhatti@mwe.com
To: bdenny@fadalcnc.com
CC: OCIPDocketing@mwe.com; Aespinoza@mwe.com
Date: Mon, 20 Apr 2009 12:01:21 -0500
Subject: FW: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka
CNCPros.net- FA0904001256423 - Commencement

Mr. Denny,

From the email below, it appears that you have realized that you do not have any rights to the haascnconline.com domain. In this regard, we note that you are also the owner of the haascnc.us domain. Considering that you are also not entitled to this domain, we request that you immediately initiate a transfer of the haascnc.us domain to Haas. If you do not transfer such domain, we will initiate a UDRP proceeding against that domain as well.

Sincerely,

5/14/2009

Farah Bhatti

Farah P. Bhatti, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612
949.757.7148 (direct)
949.851.9348 (facsimile)

---

**From:** Brian Denny [mailto:cncpros@hotmail.com]
**Sent:** Sunday, April 19, 2009 7:13 PM
**To:** Alexandra J.
**Subject:** RE: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement

Alexandra,

I have consulted an attorney and Haas is exactly correct.

I am fine with them controlling or taking this web domain.  Let's call it done.

**Brian Denny**
**www.FadalCNC.com**
**ASI Machine & Supply**
1582 E. Bramble Ln.
Meridian, ID  83642
P: 208.888.9236
F: 208.888.9248
C: 208.891.4877

---

Subject: Haas Automation, Inc. v ASI Machine and Supply aka Brian Denny aka CNCPros.net-
FA0904001256423 - Commencement
Date: Thu, 16 Apr 2009 13:09:12 -0500
From: AlexandraJ@adrforum.com
To: postmaster@haascnconline.com; bdenny@fadalcnc.com
CC: fbhatti@mwe.com

**Registrant:**
The attached case is being served on you in accordance with Rule 2 of the ICANN UDRP
policy for the above entitled case. Hard copies will follow via mail and/or fax.
<<Notification Instructions.doc>> <<haascnconline.com.DOC>>

**Alexandra J.**
Domain Dispute Case Coordinator

National Arbitration Forum (FORUM)
P.O. Box 50191
Minneapolis, MN 55405
Phone 800.474.2371
Fax 612. 235. 3355

Email alexandraj@adrforum.com
www.adrforum.com

*Optimized by Forthright*

*This e-mail message and any attachments are confidential and may be privileged information. If you are
not the intended recipient, or the person responsible for delivering it to the intended recipient, please notify
the sender immediately and destroy all copies of this message and attachments.*

Windows Live™: Life without walls. Check it out.
*********************************************************************************************************

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any
U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise,
is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under
the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction
or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments
are a private communication sent by a law firm and may be confidential or protected by privilege. If you are
not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the
information contained in or attached to this message is strictly prohibited. Please notify the sender of the
delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

Rediscover Hotmail®: Get quick friend updates right in your inbox. Check it out.

---

Rediscover Hotmail®: Get quick friend updates right in your inbox. Check it out.

5/14/2009

# EXHIBIT F

Live 24/7 Sales & Support (480)505-8877          Create Account   Log in to Account:   Username/Customer #     Password              USD

Home        Auctions        Marketplace        Media        Support & Community

Bob's Video Blog

Domains      Hosting      Email      Site Builders      Business      SSL Certificates      Resellers      *WHOIS Domain Check*

Show All My Products

**GOHAASCNC.COM**

Check to add these alternate *GOHAASCNC* domain names.                                    Select All

☐ .INFO $0.69*/yr SAVE!   ☐ .NET $9.99*/yr SAVE!   ☐ .ORG $9.99*/yr SAVE!   ☐ .ME $7.99/yr SAVE!   ☐ .MOBI $7.99*/yr SAVE!   ☐ .US $9.99*/yr SAVE!

Check to add these similar *GOHAASCNC.COM* domain names.

| | | | | | |
|---|---|---|---|---|---|
| ☐ THEGOHAASCNC.COM | $10.69*/yr | ☐ MYGOHAASCNC.COM | $10.69*/yr | ☐ NEWGOHAASCNC.COM | $10.69*/yr |
| ☐ FREEGOHAASCNC.COM... | $10.69*/yr | ☐ BESTGOHAASCNC.COM... | $10.69*/yr | ☐ GOHAASCNCS.COM | $10.69*/yr |
| ☐ SGOHAASCNC.COM | $10.69*/yr | ☐ ...SITE.COM | $10.69*/yr | ☐ SITEGOHAASCNC.COM... | $10.69*/yr |
| ☐ ...ONLINE.COM | $10.69*/yr | ☐ ONLINEGOHAASCNC.C... | $10.69*/yr | ☐ ...STORE.COM | $10.69*/yr |

Check to add these Premium domain names.                                                Select All

| | | | |
|---|---|---|---|
| ☐ CncYa.com $480.00 | ☐ CncFrog.com $480.00 | | ☐ CncTurner.com $480.00 |
| ☐ GoFm.com $9,188.00 | ☐ GOHQ.com $3,700.00 | | ☐ GoLs.com $10,600.00 |

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

#30: How 2 Nail ANY Interview
& Get the JOB!
9 HOT Interview Tips That WORK!
"Thank you for the powerful
encouragement..." - Carlos

Let all
your favorite
stores!

**$1.99* DOMAINS**

No quantity limit With every
new, non-domain product you buy**

**Interested in this domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
ASI Machine and Supply

1582 E. Bramble Ln.
Meridian, Idaho 83642
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GOHAASCNC.COM
Created on: 10-Apr-08
Expires on: 10-Apr-10
Last Updated on: 14-Mar-09

Administrative Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax -- (208) 888-9248

Technical Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax -- (208) 888-9248

Domain servers in listed order:
NS17.DOMAINCONTROL.COM
NS18.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | * Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| Users Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
|  |  | Today's Offers | Site Map | Legal |
|  |  | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877       Create Account   Log in to Account:   Username/Customer #       Password                    USD

| Home | Auctions | Marketplace | Media | Support & Community |

Bob's Video Blog

Domains      Hosting      Email      Site Builders      Business      SSL Certificates      Resellers      *WHOIS Domain Check*

Show All My Products

## HAASCNCDIRECT.COM

Check to add these alternate *HAASCNCDIRECT* domain names.                                    Select All

#30: How 2 Nail ANY Interview & Get the JOB!
9 HOT Interview Tips That WORK!
"Thank you for the powerful encouragement..." - Carlos

☐ .INFO $0.49*/yr SAVE!   ☐ .NET $9.99*/yr SAVE!   ☐ .ORG $9.99*/yr SAVE!   ☐ .ME $7.99*/yr SAVE!   ☐ .MOBI $7.99*/yr SAVE!   ☐ .US $9.99*/yr SAVE!

Check to add these similar *HAASCNCDIRECT.COM* domain names.                                Select All

| ☐ THEHAASCNCDIRECT.... | $10.69*/yr | ☐ MYHAASCNCDIRECT.C... | $10.69*/yr | ☐ NEWHAASCNCDIRECT.... | $10.69*/yr |
| ☐ FREEHAASCNCDIRECT.... | $10.69*/yr | ☐ BESTHAASCNCDIRECT... | $10.69*/yr | ☐ ...SCNCDIRECTS.COM | $10.69*/yr |
| ☐ SHAASCNCDIRECT.CO... | $10.69*/yr | ☐ ...SCNCDIRECTSITE.COM | $10.69*/yr | ☐ SITEHAASCNCDIRECT... | $10.69*/yr |
| ☐ ...SCNCDIRECTONLINE.COM | $10.69*/yr | ☐ ONLINEHAASCNCDIRE... | $10.69*/yr | ☐ ...SCNCDIRECTSTORE.COM | $10.69*/yr |

Check to add these Premium domain names.  ☒                                                Select All

| ☐ CncFrog.com $480.00 | ☐ CncYa.com $480.00 | ☐ CncTurner.com $480.00 |
| ☐ DirectLEDs.com $2,388.00 | ☐ DirectMailMarketingGuide.com $3,188.00 | ☐ DirectAcademy.com $1,355.00 |

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

GREAT your favorite stores!

### $1.99* DOMAINS

No quantity limit! With every
new, non-domain product you buy**

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**
Get an easy-to-remember email address with built-in Fraud, Scam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
ASI Machine and Supply

1582 E. Bramble Ln.
Meridian, Idaho 83642
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HAASCNCDIRECT.COM
Created on: 10-Apr-08
Expires on: 10-Apr-10
Last Updated on: 14-Mar-09

Administrative Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax – (208) 888-9248

Technical Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax – (208) 888-9248

Domain servers in listed order:
NS17.DOMAINCONTROL.COM
NS18.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
| --- | --- | --- | --- | --- |
| Telephone Support & Sales | My Account | * Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877          Create Account   Log in to Account:   Username/Customer #     Password     USD

Home          Auctions          Marketplace          Media          Support & Community

Bob's Video Blog

Domains     Hosting     Email     Site Builders     Business     SSL Certificates     Resellers     *WHOIS Domain Check*

Show All My Products

## HAASCNC911.COM

Check to add these alternate *HAASCNC911* domain names.                          Select All

#30: How 2 Nail ANY Interview & Get the JOB!
9 HOT Interview Tips That WORK!
"Thank you for the powerful encouragement..." - Carlos

| | | |
|---|---|---|
| □ .INFO $0.99*/yr SAVE! | □ .NET $9.99*/yr SAVE! | □ .ORG $9.99*/yr SAVE! | □ .ME $7.99/yr SAVE! | □ .MOBI $7.99*/yr SAVE! | □ .US $9.99/yr SAVE! |

Check to add these similar *HAASCNC911.COM* domain names.          Select All

| | | | | |
|---|---|---|---|---|
| □ THEHAASCNC911.COM... | $10.69*/yr | □ MYHAASCNC911.COM | $10.69*/yr | □ NEWHAASCNC911.COM... | $10.69*/yr |
| □ FREEHAASCNC911.CO... | $10.69*/yr | □ BESTHAASCNC911.CO... | $10.69*/yr | □ HAASCNC911S.COM | $10.69*/yr |
| □ SHAASCNC911.COM | $10.69*/yr | □ ...HAASCNC911SITE.CO... | $10.69*/yr | □ SITEHAASCNC911.CO... | $10.69*/yr |
| □ ...HAASCNC911ONLINE.COM | $10.69*/yr | □ ONLINEHAASCNC911... | $10.69*/yr | □ ...HAASCNC911STORE.COM | $10.69*/yr |

Check to add these Premium domain names. ⊡          Select All

| | | |
|---|---|---|
| □ Dads911.com $1,140.00 | □ Diet911.com $3,500.00 | □ Student911.com $1,140.00 |
| □ ASCM.com $24,600.00 | □ ASCQ.com $5,400.00 | □ ASCR.net $1,740.00 |

$1.99* DOMAINS

No quantity limit With every new, non-domain product you buy*

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**
Get an easy-to-remember email address with built-in Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
ASI Machine and Supply

1582 E. Bramble Ln.
Meridian, Idaho 83642
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HAASCNC911.COM
Created on: 10-Apr-08
Expires on: 10-Apr-10
Last Updated on: 14-Mar-09

Administrative Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax -- (208) 888-9248

Technical Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9235 Fax -- (208) 888-9248

Domain servers in listed order:
NS17.DOMAINCONTROL.COM
NS18.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | * Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #   Password                USD

| Home | Auctions | Marketplace | Media | Support & Community |

Bob's Video Blog

| Domains | Hosting | Email | Site Builders | Business | SSL Certificates | Resellers | WHOIS Domain Check |

Show All My Products

**HAASCNC-DNC.COM**

Check to add these alternate *HAASCNC-DNC* domain names.                 Select All

☐ **.INFO** $0.99*/yr SAVE!   ☐ **.NET** $9.99*/yr SAVE!   ☐ **.ORG** $9.99*/yr SAVE!   ☐ **.ME** $7.99/yr SAVE!   ☐ **.MOBI** $7.99*/yr SAVE!   ☐ **.US** $9.99/yr SAVE!

Check to add these similar *HAASCNC-DNC.COM* domain names.                 Select All

| ☐ THEHAASCNC-DNC.CO... | $10.69*/yr | ☐ MYHAASCNC-DNC.COM... | $10.69*/yr | ☐ NEWHAASCNC-DNC.CO... | $10.69*/yr |
| ☐ FREEHAASCNC-DNC.C... | $10.69*/yr | ☐ BESTHAASCNC-DNC.C... | $10.69*/yr | ☐ HAASCNC-DNCS.COM | $10.69*/yr |
| ☐ SHAASCNC-DNC.COM | $10.69*/yr | ☐ ...AASCNC-DNCSITE.COM | $10.69*/yr | ☐ SITEHAASCNC-DNC.C... | $10.69*/yr |
| ☐ ...AASCNC-DNCONLINE.COM | $10.69*/yr | ☐ ONLINEHAASCNC-DNC... | $10.69*/yr | ☐ ...AASCNC-DNCSTORE.COM | $10.69*/yr |

Check to add these Premium domain names. ☑                 Select All

☐ DncHeadquarters.org $480.00   ☐ ASCM $24,600.00   ☐ ASCQ.com $5,400.00

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

#30: How 2 Nail ANY Interview
& Get the JOB!
9 HOT Interview Tips That WORK!
"Thank you for the powerful
encouragement..." - Carlos

SAVE at
your favorite
stores!

**$1.99* DOMAINS**

No quantity limit With every
new, non-domain product you buy**

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**
Get an easy-to-remember email address with built-in Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
CNCPros.net

1582 E. Bramble Ln.
Meridian, Idaho 83642
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HAASCNC-DNC.COM
Created on: 20-May-08
Expires on: 20-May-10
Last Updated on: 21-May-09

Administrative Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9236 Fax – (208) 888-9248

Technical Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9236 Fax – (208) 888-9248

Domain servers in listed order:
NS37.DOMAINCONTROL.COM
NS38.DOMAINCONTROL.COM


Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited


See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | * Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2008

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877        Create Account   Log In to Account:   Username/Customer #      Password              USD

Home          Auctions          Marketplace          Media          Support & Community

Bob's Video Blog

Domains    Hosting    Email    Site Builders    Business    SSL Certificates    Resellers    WHOIS Domain Check

Show All My Products

## HAASCNC-PARTS.COM

Check to add these alternate *HAASCNC-PARTS* domain names.                          Select All

| | | | |
|---|---|---|---|
| .INFO $0.89*/yr SAVE! | .NET $9.99*/yr SAVE! | .ORG $9.99*/yr SAVE! | .ME $7.99/yr SAVE! |
| .MOBI $7.99*/yr SAVE! | .US $9.99/yr SAVE! | | |

Check to add these similar *HAASCNC-PARTS.COM* domain names.                        Select All

| | | | | |
|---|---|---|---|---|
| THEHAASCNC-PARTS.... | $10.69*/yr | MYHAASCNC-PARTS.C... | $10.69*/yr | NEWHAASCNC-PARTS.... | $10.69*/yr |
| FREEHAASCNC-PARTS... | $10.69*/yr | BESTHAASCNC-PARTS... | $10.69*/yr | ...SCNC-PARTSS.COM | $10.69*/yr |
| SHAASCNC-PARTS.CO... | $10.69*/yr | ...SCNC-PARTSSITE.COM | $10.69*/yr | SITEHAASCNC-PARTS... | $10.69*/yr |
| ...SCNC-PARTSONLINE.COM | $10.69*/yr | ONLINEHAASCNC-PAR... | $10.69*/yr | ...SCNC-PARTSSTORE.COM | $10.69*/yr |

Check to add these Premium domain names. [?]                                        Select All

| | | |
|---|---|---|
| MiniSpareParts.com  $745.00 | HeatingAndAirconditioningParts.com  $488.00 | RacingPartsFactory.com  $4,888.00 |
| StartPartTime.com  $1,688.00 | PartyStart.com  $2,588.00 | ParTapuR.com  $2,988.00 |

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

#30: How 2 Nail ANY Interview & Get the JOB!
9 HOT Interview Tips That WORK!
"Thank you for the powerful encouragement..." - Carlos

SAVE at your favorite stores!

$1.99* DOMAINS

No quantity limit! With every new, non-domain product you buy!*

Interested in this domain name?
Let our Domain Buy Service help you get it.

$1.99 Domain Names
Register a domain name for only $1.99 with each new, non-domain product.

World-Class Web Hosting
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

Safe, Personalized Email
Get an easy-to-remember email address with built-in Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
CNCPros.net

1582 E. Bramble Ln.
Meridian, Idaho 83642
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HAASCNC-PARTS.COM
Created on: 20-May-06
Expires on: 20-May-10
Last Updated on: 21-May-09

Administrative Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9236 Fax -- (208) 888-9248

Technical Contact:
Denny, Brian bdenny@fadalcnc.com
CNCPros.net
1582 E. Bramble Ln.
Meridian, Idaho 83642
United States
(208) 888-9236 Fax -- (208) 888-9248

Domain servers in listed order:
NS37.DOMAINCONTROL.COM
NS38.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | *Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2008

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

**<u>EXHIBIT G</u>**

www.gohaascnc.com



This Web page is parked FREE, courtesy of GoDaddy.com
▸ Today's offers at GoDaddy.com

gohaascnc.com

SEARCH

### Sponsored Listings

**▸ CNC Milling Machines**
Sizes from 4'x4' to 10'x40' Cutting Surface. Call for a Custom Quote!
www.Torchmate.com

**▸ 3D Prototype Machine**
Better Lifetime Value. No Fees and Lower Material Costs. Learn More!
www.rolanddga.com

**▸ FadalCNC.com**
OEM Baldor Repair Center. We repair all Spindle Drives & Servo Motors.
www.FadalCNC.com

**▸ Large 5 Axis Gantry Mill**
50' x 18' x 10' Travels For Sale 801-554-0683
www.ebay.com

**▸ K2 CNC - $6K - $12K**
2'x2' CNC - Servo Desktop CNC Proven Machines, Reliable, USA
www.k2cnc.com/desktop_cnc_router

**▸ LittleMachineShop.com**
CNC mills with high precision feature at hobby prices
www.LittleMachineShop.com

**▸ CNC Mill Machining**
CNC Mill machining since 1986. Prototype: low & high volume mill
www.arctechinc.com

**▸ CNC Lathes 12 x 36 $6,995**
13 X 40 $8,495 w/ Ballscrews High perf. USB motion controller
www.microkinetics.com

**▸ CNC Machining Routers**
Free Quotes - Multiple Suppliers Compare Prices, Features & Save!
CNCRouters.BuyerZone.com

**▸ Cnc Lathes**
Brand Names at Bargain Prices. Find Cnc Lathes Here.
www.pstindustrialsupply.com

Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. *Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and entertainment news! Tune in every Wednesday 2pm PT or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor



Want to buy this domain? Let us help you get it!

### Related Searches

**▸ Machine Parts**

**▸ Used Machines**

**▸ Lathe Machining**

**▸ CNC Milling Machine**

**▸ Machine Tool**

**▸ Haas Machining Centers**



Save up to 15% on multi-year hosting plans!

Plans from $3.99/mo!



Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs





This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

ICANN

www.gohaascnc.com

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2008

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

http://www.gohaascnc.com/

11/3/2009

www.haascncdirect.com

 **This Web page is parked FREE, courtesy of GoDaddy.com** • Today's offers at GoDaddy.com

haascncdirect.com

 SEARCH



### Sponsored Listings

**➤➤ Large 5 Axis Gantry Mill**
50' x 18' x 10' Travels For Sale 801-554-0683
www.ebay.com

**➤➤ 3D Prototype Machine**
Better Lifetime Value. No Fees and Lower Material Costs. Learn More!
www.rolanddga.com

**➤➤ FadalCNC.com**
One stop shopping. Everything under the sun for your Fadal in stock.
www.FadalCNC.com

**➤➤ K2 CNC - $6K - $12K**
2'x2' CNC - Servo Desktop CNC Proven Machines, Reliable, USA
www.k2cnc.com/desktop_cnc_router

**➤➤ LittleMachineShop.com**
CNC mills with high precision feature at hobby prices
www.LittleMachineShop.com

**➤➤ CNC Mill Machining**
CNC Mill machining since 1986. Prototype: low & high volume mill
www.arctechinc.com

**➤➤ CNC Machining Routers**
Free Quotes - Multiple Suppliers Compare Prices, Features & Save!
CNCRouters.BuyerZone.com

**➤➤ CNC Mill Machine Repair**
We Rebuild and Field Repair CNC Milling Machines 818-767-7504
www.StudwellEngineering.com

**➤➤ Cnc Lathes**
Brand Names at Bargain Prices. Find Cnc Lathes Here.
www.pstindustrialsupply.com

**➤➤ CNC Lathes 12 x 36 $6,995**
13 X 40 $8,495 w/ Ballscrews High perf. USB motion controller
www.microkinetics.com

**Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!**

**Radio Go Daddy - Hear the latest Internet industry and entertainment news! Tune in every Wednesday 2pm PT or podcast anytime.**

**Get what you need in UNDER 5 MINUTES with our Product Advisor**

 $1.99 Domains With any new, non-domain purchase! No quantity limit!

Find a domain name now:
.com   GO

What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain? Let us help you get it!**

### Related Searches

➤➤ Machine Parts
➤➤ Lathe Machining
➤➤ Used Machines
➤➤ CNC Milling Machine
➤➤ Machine Tool
➤➤ Haas Machining Centers

 From ATV Parts to Toys, we've got it all! GO DADDY MARKET PLACE SHOP NOW

**Save up to 15% on multi-year hosting plans!**

**Plans from $3.99/mo!**

 FREE Go Daddy

 FREE Go Daddy

Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

ICANN

This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

www.haascnc911.com                                                                    Page 1 of 2



**This Web page is parked FREE, courtesy of GoDaddy.com**
» Today's offers at GoDaddy.com

haascnc911.com

SEARCH

## Sponsored Listings

**» FadalCNC.com**
OEM Baldor Repair Center. We repair all Spindle Drives & Servo Motors.
www.FadalCNC.com

**» Large 5 Axis Gantry Mill**
50' x 18' x 10' Travels For Sale 801-554-0683
www.ebay.com

**» K2 CNC - $6K - $12K**
2'x2' CNC - Servo Desktop CNC Proven Machines, Reliable, USA
www.k2cnc.com/desktop_cnc_router

**» LittleMachineShop.com**
CNC mills with high precision feature at hobby prices
www.LittleMachineShop.com

**» CNC Mill Machining**
CNC Mill machining since 1986. Prototype: low & high volume mill
www.arctechinc.com

**» CNC Machining Routers**
Free Quotes - Multiple Suppliers Compare Prices, Features & Save!
CNCRouters.BuyerZone.com

**» CNC Mill Machine Repair**
We Rebuild and Field Repair CNC Milling Machines 818-767-7504
www.StudwellEngineering.com

**» Torchmate CNC Plasma**
Affordable, Precision CNC Plasma Cutting Machine Systems and Plans
www.torchmate.com

**» CNC Lathes 12 x 36 $6,995**
13 X 40 $8,495 w/ Ballscrews High perf. USB motion controller
www.microkinetics.com

**» Cnc Lathes**
Brand Names at Bargain Prices. Find Cnc Lathes Here.
www.pstindustrialsupply.com



$1.99 Domains
With any new, non-domain purchase! No quantity limit!

Find a domain name now:
.com  GO

What's a Domain?  Advanced Search

Want to buy this domain?
Let us help you get it!

## Related Searches

» Machine Parts
» Used Machines
» CNC Milling Machine
» Machine Tool
» Haas Machining Centers
» Milling



From ATV Parts to Toys, we've got it all!
MARKET PLACE

Save up to 15% on multi-year hosting plans!



Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and
entertainment news! Tune in every Wednesday 2pm PT
or podcast anytime.

Plans from $3.99/mo!

**Get what you need in UNDER 5 MINUTES with our Product Advisor**



Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs



ICANN

This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

www.haascnc911.com

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

www.haascnc.com



**This Web page is parked FREE, courtesy of GoDaddy.com**

➤ Today's offers at GoDaddy.com

haascnc-dnc.com

SEARCH



**Sponsored Listings**

➤➤**CNC Milling Machines**
Sizes from 4'x4' to 10'x40' Cutting Surface. Call for a Custom Quote!
www.Torchmate.com

➤**FadalCNC.com**
One stop shopping. Everything under the sun for your Fadal in stock.
www.FadalCNC.com

➤**CNC Manufacturing Careers**
Aerospace/Manufacturing Company Visit our website for more info
www.ncdi.aero

➤➤**LittleMachineShop.com**
CNC mills with high precision feature at hobby prices
www.LittleMachineShop.com

➤➤**3D Prototype Machine**
Better Lifetime Value. No Fees and Lower Material Costs. Learn More!
www.rolanddga.com

➤**Large 5 Axis Gantry Mill**
50' x 18' x 10' Travels For Sale 801-554-0683
www.ebay.com

➤**CNC Lathes 12 x 36 $6,995**
13 X 40 $8,495 w/ Ballscrews High perf. USB motion controller
www.microkinetics.com

➤**CNC Mill Machining**
CNC Mill machining since 1986. Prototype: low & high volume mill
www.arctechinc.com

➤**Need CNC Operators?**
Hiring? Get Great Resumes From Us! We Fill Jobs - Guaranteed
www.cybercoders.com

➤➤**4" WOTAN B105/75 CNC HBM**
4-AXIS, X-55", Y-39", Z-29" $29,500 LOS ANGELES,CA 805-525-2171
www.turnersmachinery.com



**Related Searches**

➤➤ CNC Lathe Machinist Jobs

➤ Hobby CNC

➤ CNC Milling Machine

➤ Grinding Machine

➤ CNC Plasma Cutters

➤➤ Windows Programming Tutorials



Save up to 15% on multi-year hosting plans!

Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

**Radio Go Daddy** - Hear the latest Internet industry and
entertainment news! Tune in every Wednesday 2pm PT
or podcast anytime.

Plans from $3.99/mo!

**Get what you need in UNDER 5 MINUTES with our Product Advisor**



Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling
products online, securing my
site, hosting, reseller programs



This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

www.haascnc-dnc.com                                                            Page 2 of 2

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

www.haascnc-parts.com

 **This Web page is parked FREE, courtesy of GoDaddy.com**
▶ Today's offers at GoDaddy.com

haascnc-parts.com

SEARCH

## Sponsored Listings

**▸▸CNC Milling Machines**
Sizes from 4'x4' to 10'x40' Cutting Surface. Call for a Custom Quote!
www.Torchmate.com

**▸FadalCNC.com**
One stop shopping. Everything under the sun for your Fadal in stock.
www.FadalCNC.com

**▸3D Prototype Machine**
Better Lifetime Value. No Fees and Lower Material Costs. Learn More!
www.rolanddga.com

**▸Large 5 Axis Gantry Mill**
50' x 18' x 10' Travels For Sale 801-554-0683
www.ebay.com

**▸▸CNC Mill Machining**
CNC Mill machining since 1986. Prototype: low & high volume mill
www.arctechinc.com

**▸LittleMachineShop.com**
CNC mills with high precision feature at hobby prices
www.LittleMachineShop.com

**▸▸K2 CNC - $6K - $12K**
2'x2' CNC - Servo Desktop CNC Proven Machines, Reliable, USA
www.k2cnc.com/desktop_cnc_router

**▸▸CNC Machining Routers**
Free Quotes - Multiple Suppliers Compare Prices, Features & Save!
CNCRouters.BuyerZone.com

**▸▸Fadal Verticals For Sale**
CNC Vertical Machining Centers 4020, 2016, VMC-15, VMC-15XT
www.gaec.com

**▸▸Cnc Lathes**
Brand Names at Bargain Prices. Find Cnc Lathes Here.
www.pstindustrialsupply.com



$1 99 **Domains**
With any new, non-domain purchase! No quantity limit!

Find a domain name now:
.com   GO

What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

Want to buy this domain?
Let us help you get it!

### Related Searches
▸▸Machine Parts
▸▸Used Machines
▸▸Lathe Machining
▸▸CNC Milling Machine
▸▸Machine Tool
▸▸Milling

From ATV Parts to Toys, we've got it all!
GO DADDY
**MARKETPLACE**
SHOP NOW

Save up to 15%
on multi-year
hosting plans!





Get a FREE domain

Plans from $3.99/mol

Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

**Radio Go Daddy** - Hear the latest Internet industry and
entertainment news! Tune in every Wednesday 2pm PT
or podcast anytime.

**Get what you need in UNDER 5 MINUTES with our Product Advisor**



Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling
products online, securing my
site, hosting, reseller programs

ICANN

This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

www.haascnc-parts.com

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO COUNSEL
### (MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT)

*The court has directed that the following rules be specifically called to your attention:*

I.  Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge [28 U.S.C. § 636(c) and General Order 08-09].

II.  Continuing Obligation to Report Related Cases (Local Rule 83-1.3.3)

III.  Service of Papers and Process (Local Rule 4)

## I.  NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE

*Pursuant to Local Rule 73-2, the initiating party must serve this notice and consent form CV-11C on each party at the time of service of the summons and complaint or other initial pleading.*

This case has been randomly assigned to Magistrate Judge _____Woehrle_____ under the Civil Consent Pilot Project in accordance with General Order 08-09. The case number on all documents filed with the court should read as follows: **CV09 08336**

The parties are advised that they may consent to have the assigned magistrate judge conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. The parties may consent to proceed only before the assigned magistrate judge.

**The parties are further advised that they are free to withhold consent without adverse substantive consequences. If the parties agree to the exercise of jurisdiction by the magistrate judge, the parties shall jointly or separately file a statement of consent setting forth such election. For cases originally filed in district court and initially assigned only to a magistrate judge, the statement of consent shall be filed within 30 days after service of the summons and complaint upon that defendant, and within 30 days by plaintiff after service upon the first-served defendant.**

**For cases removed from state court and initially assigned only to a magistrate judge, a joint or separate statements of consent shall be filed by plaintiff and all defendants upon whom service has been effected, within 11 days after the notice of removal is filed.**

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. There may be other advantages or disadvantages which you will want to consider.

Any appeal from a judgment of the magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the district court in accordance with 28 U.S.C. §636(c)(3).

If a party has not consented to the exercise of jurisdiction by the magistrate judge within the time

required by Local Rule 73-2, the case shall be randomly reassigned to a district judge and a magistrate judge shall be randomly assigned to the reassigned case as the discovery judge.

You may contact the Civil Consent Case Coordinator at (213) 894-4446 or *consentcoordinator@cacd.uscourts.gov* if you have any questions about this new Pilot Project.

## II.    CONTINUING OBLIGATION TO REPORT RELATED CASES

Parties are under the continuing obligation to promptly advise the Court whenever one or more civil actions or proceedings previously commenced and one or more currently filed appear to be related.

Local Rule 83-1.3.3 states: "It shall be the continuing duty of the attorney in any case promptly to bring to the attention of the Court, by filing a Notice of Related Case(s) pursuant to Local Rule 83-1.3, all facts which in the opinion of the attorney or party appear relevant to a determination whether such action and one or more pending actions should, under the criteria and procedures set forth in Local Rule 83-1.3, be heard by the same judge."

Local Rule 83-1.2.1 states: "It is not permissible to dismiss and thereafter refile an action for the purpose of obtaining a different judge."

Local Rule 83-1.2.2 provides: Whenever an action is dismissed by a party or by the Court before judgment and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action, the later-filed action shall be assigned to the judge to whom the first-filed action was assigned. It shall be the duty of every attorney in any such later-filed action to bring those facts to the attention of the Court in the Civil Cover Sheet and by the filing of a Notice of Related Case(s) pursuant to L.R. 83-1.3.

## III.    SERVICE OF PAPERS AND PROCESS

Local Rule 4-2 states: "Except as otherwise provided by order of Court, or when required by the treaties or statutes of the United States, process shall not be presented to a United States Marshal for service." Service of process must be accomplished in accordance with Rule 4 of the Federal Rules of Civil Procedure or in any manner provided by State Law, when applicable. Service upon the United States, an officer or agency thereof, shall be served pursuant to the provisions of FRCP 4(I). Service should be promptly made; unreasonable delay may result in dismissal of the action under Local Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service or a waiver of service of summons and complaint must be filed with the court.

BUCHALTER NEMER, A Professional Corporation
FARAH P. BHATTI (SBN: 218633)
JASON H. FISHER (SBN: 222982)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121; Facsimile: (949) 720-0182
Email: fbhatti@buchalter.com
Email: jfisher@buchalter.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC. <br><br> PLAINTIFF(S) <br><br> V. <br><br> BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, and CNCPROS.NET, INC., an Idaho Corporation <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV09  08336** *CW* <br><br> **SUMMONS** |

TO:DEFENDANT(S): <u>BRIAN DENNY, an individual, ASI MACHINE AND SUPPLY, an unknown entity, and CNCPROS.NET, INC., an Idaho Corporation</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Farah P. Bhatti, Esq.</u>, whose address is <u>18400 Von Karman Avenue, Suite 800 Irvine, CA 92612-0514</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____NOV 1 3 2009_____

By: **CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                                            SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br><br>HAAS AUTOMATION, INC. | DEFENDANTS<br><br>BRIAN DENNY, an individual<br>ASI MACHINE AND SUPPLY, an unknown entity<br>CNCPROS.NET, INC., an Idaho Corporation |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>BUCHALTER NEMER<br>FARAH P. BHATTI (SBN: 218633)<br>JASON H. FISHER (SBN: 222982)<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: (949) 760-1121 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** 700,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV09 08336

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

CV-71 (05/08)      CIVIL COVER SHEET      Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Idaho | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura and Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note:** In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   11/13/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com