```
                    FILED
           CLERK, U.S. DISTRICT COURT

                MAR 1 5 2011

           CENTRAL DISTRICT OF CALIFORNIA
           BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION INC., | ) No.  09-CV-8336 CBM(PLAx) |
| PLAINTIFF, | ) |
| V. | ) JUDGMENT ON CAL. BUS. & PROF. CODE § 17500 |
| BRIAN DENNY, ET AL., | ) |
| DEFENDANTS. | ) |

Pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment, issued herewith, Judgment is hereby entered in favor of all Defendants on Plaintiff's claim under California's False Advertising law, Cal. Bus. & Prof. Code § 17500.

**IT IS SO ORDERED.**

DATED:  March 15, 2011

By _____

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE