1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | HAAS AUTOMATION INC.,                    ) | No.  09-CV-8336 CBM(PLA) |
| 10 | )                                                     ) | |
| 11 | PLAINTIFF,                ) | |
| 12 | )                                                     ) | JUDGMENT |
| 13 | V.                                                   ) | |
| 14 | BRIAN DENNY, ET AL.,                     ) | |
| 15 | DEFENDANTS.           ) | |

16

17      It is hereby ORDERED, ADJUDGED AND DECREED:

18      That, in accordance with the jury verdict, judgment is entered in favor of

19 Plaintiff Haas Automation, Inc. ("Plaintiff") and against Defendant Brian Denny

20 on Plaintiffs' claim that Defendant Denny registered five domain names in

21 violation of the Anti-Cybersquatting Protection Act ("ACPA"), 15 U.S.C. §

22 1125(d).  Plaintiff is awarded $5,000 in statutory damages against Defendant

23 Denny, which is $1,000 per domain name found by the jury to violate the ACPA;

24      That, in accordance with the jury verdict, judgment is entered in favor of

25 Defendant Denny and against Plaintiff on Plaintiffs' claim that Denny registered

26 the remaining ten domain names in violation of the ACPA;

27      That, in accordance with the jury verdict, judgment is entered in favor of

28

Defendant CNCPros.net and against Plaintiff on Plaintiff's ACPA claim; and

That, pursuant to Plaintiff's motions to dismiss, judgment is entered in favor of Defendant Automated Solutions, Inc. dba ASI Machine & Supply and against Plaintiff on all claims;

That, pursuant to Plaintiff's motions to dismiss, judgment is entered in favor of Defendants Denny and CNCPros.net and against Plaintiff on Plaintiff's claims for Federal Trademark and Service Mark Infringement, False Designation in Interstate Commerce, and Unfair Business Practices under Cal. Bus. & Prof. Code § 17200;

That, pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment, judge is entered in favor of all Defendants on Plaintiff's claim under California's False Advertising Law, Cal. Bus. & Prof. Code § 17500.

**IT IS SO ORDERED.**

DATED:   October   17, 2011

_____

CONSUELO B. MARSHALL

UNITED STATES DISTRICT JUDGE